# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

Tasha Banks C/O Letajonique Larry )
　　　　　　　　PLAINTIFF　　　　　　)
*[Type or print your name on the line above]* )
　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　v.　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
Oakknoll Apartment　　　　　　　, )
　　　　　　　　DEFENDANT　　　　　)
*[Type or print only the name of the first* )
*person you are suing. List everyone you* )
*are suing on page 2.]* 　　　　　　)

## COMPLAINT
## 42 U.S.C. § 1983

## I. PARTIES

**2.16CV 146**

Cause No. _____

*[Leave this blank, the clerk will*
*supply the cause number when*
*your case is received.]*

-FILED-

APR 28 2016

At _____ M
ROBERT M. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

A. PLAINTIFF *[You are the plaintiff in this lawsuit. Neatly print or type your information below.]*

1. _____Tasha_____ ___Monique___ ___Banks___ _____
　　　　　Name: First　　　Middle　　　Last

2. What is your address: ____268 Jackson Street_____
　　　　　　　　　　　　　　Gary Indiana 46402

Phone number (219) 433-2711 _____

B. DEFENDANT(S) How many defendants are you suing: ____1____

[The defendants are the people you are suing. Print or type the defendant's name, job title, the state or local government agency the defendant works for, and the address of that government agency. Remember to include the defendant you named in the caption on page one. If you are suing more than one defendant, number them.]

(Revised May 2, 2006)

| # Defendant's Name | Job Title/Government Agency | Work Address |
|---|---|---|
| 1. Tria Adelfi | Manager  Oakknoll Apartments | 4400 W 23 Rd Ave Gary Indiana 46404 |

## II. CAUSE(S) OF ACTION WITH SUPPORTING FACTS

Write why you are suing each defendant. Write who, what , when , where, and how you believe your rights were violated. It is **VERY IMPORTANT** that you use each defendant's name in describing what happened to you. If you do not write what each defendant did, the court will not know why you are suing and that defendant will be dismissed.

Explain what constitutional or federal law right, privilege or immunity each defendant violated. Do not cite or quote cases or statutes. If you want to make legal arguments or citations, you must file a separate memorandum of law. Do not attach it to this complaint.

Write a new paragraph for each violation. Name each defendant involved in that violation.

**Number your paragraphs.**

1. On April 29th Ms. Letajonique Latry, was injured Ms.Letajonique sustained multiple injuries while visiting with tenants of Oakknoll Apartments. Ms.Letajonique Larry. Died after the fight.

   Violated Amendment Rights Civil Rights 14 Section 1 of the US Constitution. Violated Amendment Rights 1, 2,5,6,7,8,10

2

Cause(s) of Action with Supporting Facts (continued)

On April 29 , 2014 A article from Voices was written Exibit A.

Medical Ambulatory Medical Transporter did find I Ms.Tasha Banks daughter
hurt at the Oakknoll Apartments in Gary, Indiana Exibit B. Hospital Report

Ms. Letajonique Larry was visiting with tenants of Oakknoll Apartments.
In 1997 Mr. Duane Banks was found on H. U. D. housing with multiple injuries.
Mr. Banks is the brother of Ms. Tasha Banks the Uncle of Ms. Letajonique Banks

Larry.
Exibit D. Medical Examiner Report

## III. PREVIOUS LAWSUITS

Have you ever sued anyone for the same things you wrote about in this complaint?
   ❏ NO   ❏ YES – *[Print or type the following information about the case. Attach additional
      sheets if there is more than one prior case.]*

Court: _____

Judge: _____  Docket Number: _____

Date filed: _____  Date closed: _____

## IV. RELIEF

Write exactly what you want the court to do for you. This court cannot order that
a defendant be fired, investigated, or criminally prosecuted.

I pray for a judgement of 45 Million Dollars

3

## V. VERIFICATION AND SIGNATURE

### Initial Each Statement and Sign at the Bottom

_TB_ I have included two properly completed summons forms (available from the clerk) for each defendant I am suing, including full name, job title and work address.

_TB_ I have included one properly completed process receipt and return form (USM-285) (available from the U.S. Marshal) for each defendant I am suing.

_TB_ In addition to this complaint with an original signature, I have included one copy of this complaint for each defendant and one extra for the court.

_TB_ I have included full payment of the filing fee **OR** attached a properly completed petition to proceed *in forma pauperis* (available from the clerk).

_TB_ I agree to promptly notify the clerk of any change of address.

_TB_ I have read all of the statements in this complaint. *[Do not forget to keep a copy for your records.]*

_TB_ I declare **under penalty of perjury** that the foregoing is true and correct.

Signed this _28_ day of _April_ , 20_16_.

_Tasha Banks_
Your Signature

4